York, on the relation of William R. Britton, against the American Press Association. No opinion. Motion denied. Order filed. See, also,. 133 N. Y. Supp. 216.

PEOPLE ex rel. CAMPBELL, Appellant, v. KRAFT et al., Civil Service Commission, Respondents. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Proceeding by the People of the State of New York, on the relation of John H. Campbell, against John E. Kraft and others, constituting the Civil Service Commission of the State of New York. No opinion. Reargument ordered.

PEOPLE ex rel. CAVANAGH, Appellant, v. WALDO, Police Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Proceeding by the People of the State of New York, on the relation of C. Stewart Cavanagh, against Rhinelander Waldo, as Police Commissioner, etc., and others.
PER CURIAM. Order (72 Misc. Rep. 416, 131 N. Y. Supp. 307) affirmed, with $10 costs and disbursements.
BURR, J., not voting.

PEOPLE ex rel. CROZIER v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Proceeding by the People of the State of New York, on the relation of Leonard Crozier, against William F. Baker, as Police Commissioner. No opinion. Writ of certiorari dismissed, and determination of respondent, dismissing relator from the police force of the city of New York, confirmed, with $50 costs and disbursements.

PEOPLE ex rel. DYER, Appellant, v. McCLELLAN, Respondent. (Supreme Court, Appellate Division. First Department. March 8, 1912.) Proceeding by the People of the State of New York, on the relation of George H. Dyer, against George B. McClellan. J. H. Banton, for appellant. E. S. Benedict, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PEOPLE ex rel. EVANS v. BAKER. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New York, on the relation of Wallace W. Evans, against Wm. F. Baker. No opinion. Motion for reargument denied, with $10 costs. Order filed. See, also, 132 N. Y. Supp. 1142.

PEOPLE ex rel. GREENBERG v. REID et al. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Proceeding by the People of the State of New York, on the relation of Max Greenberg, against Whitelaw Reid and others, as Board of Regents of the University of the State of New York. No opinion. Reargument ordered.

PEOPLE ex rel. HAWKES, Respondent, v. PRENDERGAST, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Proceeding by the People of the State of New York, on the relation of Robert Hawkes, against William Prendergast, as Comptroller, etc., and others. C. McIntyre, for appellants. M. Nave, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. MEEKS, Appellant, v. DRUMMOND et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New York, on the relation of George W. Meeks, against Michael J. Drummond, as Commissioner, etc., and others. H. Eschwege, for appellant. H. Crone, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. NEVILLE et al., City Assessors. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against Robert H. Neville and others. Assessors of the city of Yonkers. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. et al., Appellants v. PUBLIC SERVICE COMMISSION OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division. Fourth Department. October, 1911.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company and others, against the Public Service Commission of the State of New York, Second District, and others. No opinion. Determination of Public Service Commission confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Appellant, v. WOODBURY et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against Egburt E. Woodbury and others, together constituting the State Board of Tax Commissioners, in which the City of New York intervened. (Assessment of 1908.) No opinion. Final order unanimously affirmed, without costs. See, also, 133 N. Y. Supp. 135.

PEOPLE ex rel. QUARANTO, Respondent, v. MOYNAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Proceeding by the People of the State of New York, on the relation of Gaetano